IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAKETA S. JOLLY,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 19-CV-2208<br>: |
| STATE OF VERMONT BOARD<br>OF NURSING,<br> *et al.*,<br>    Defendants. | :<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 24th day of May, 2019, upon consideration of *pro se* Plaintiff Maketa S. Jolly's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Jolly's claims for money damages against the State of Vermont, the State of New Jersey, the Vermont Board of Nursing, the New Jersey Board of Nursing, Phyllis Mitchell, and Joanne Leone are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Jolly's claims for injunctive and declaratory relief are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and with leave granted to Jolly to reassert those claims in a court where venue is appropriate.

3. The remaining undismissed claims in this case are **TRANSFERRED** to the United States District Court for the Northern District of New York pursuant to 28 U.S.C. § 1406(a).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.